# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JENNIFER LEMOINE,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:20-cv-00955-JRC |

____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this matter be AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g).

JUDGMENT should be for DEFENDANT and the case should be closed.

Dated May 17, 2021.

                            William M. McCool
                            Clerk of Court

                            *[signature]*
                            Deputy Clerk